UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN M. ROPER and                                                          PLAINTIFFS
VIRGINIA ROPER

V.                                         CIVIL ACTION NO. 1:06CV713 LTS-RHW

STATE FARM FIRE AND CASUALTY CO. and                      DEFENDANTS
JOHN DOES A-G

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. §455(a), because my impartiality in connection with this proceeding might reasonably be questioned, I have decided to recuse myself from this case.

Accordingly, it is

**ORDERED**

That I hereby recuse myself from this proceeding.

**SO ORDERED** this 28th day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge