UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LOUIS GUIROLA, JR., et al.,

       Plaintiffs,                        Civil Action No.
                                            06-CV-408

vs.

                                            HON. BERNARD A. FRIEDMAN

NATIONWIDE MUTUAL INSURANCE CO.,

       Defendant.
_____/

**ORDER OF DISMISSAL**

        On October 31, 2006, the parties in this matter reached a settlement agreement, the terms of which were placed on the record and are hereby incorporated into this order. Accordingly,

        IT IS ORDERED that the complaint is dismissed with prejudice and without costs.

        IT IS FURTHER ORDERED that the court shall retain jurisdiction to enforce the settlement agreement.

                                                ____s/ Bernard A. Friedman_____
Dated: November 15, 2006           BERNARD A. FRIEDMAN
     Detroit, Michigan               CHIEF UNITED STATES DISTRICT JUDGE
                                                SITTING BY SPECIAL DESIGNATION